Westlake Land Co., Appellee, *v.* Cuyahoga County Board of Revision et al., Appellee; Westlake Board of Education, Appellant.

[Cite as *Westlake Land Co. v. Cuyahoga Cty. Bd. of Revision* (1999), 86 Ohio St.3d 34.]

(No. 98–2476—Submitted May 26, 1999—Decided June 30, 1999.)

*Ulmer & Berne, L.L.P.,* and *Bill J. Gagliano,* for appellant.

***Per Curiam.*** We affirm this decision on the authority of *Worthington City School Dist. Bd. of Edn. v. Franklin Cty. Bd. of Revision* (1999), 85 Ohio St.3d 156, 707 N.E.2d 499.

*Decision affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents.

---

**LUNDBERG STRATTON, J., dissenting.** I respectfully dissent for the reasons set forth in my concurrence in part and dissent in part in *Worthington City School Dist. Bd. of Edn. v. Franklin Cty. Bd. of Revision* (1999), 85 Ohio St.3d 156, 161, 707 N.E.2d 499, 503.